## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff*,<br><br>v.<br><br>David Voye, Manager of Elections for Allegheny County, and Rich Fitzgerald, Bethany Hallam and Samuel DeMarco III, as Members of the Allegheny County Board of Elections in their official capacities,<br><br>*Defendants*. | Civ. No. 20-cv-00279 (CRE) |

**ORDER**

AND NOW, this __ day of _____, 2020, it is hereby ORDERED that Proposed Intervenors' motion to intervene pursuant to Fed. R. Civ. P 24 is GRANTED.

_____
J.