# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation, Inc. ) <br> ) <br> VS. ) <br> David Voye, in his official capacity as Manager of ) <br> Elections for Allegheny County, et al. ) <br> ) | Civil Action No. 20-cv-279-CRE <br><br> or <br><br> Criminal Action No. _____ |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Public Interest Legal Foundation, Inc._____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

3/2/2020
Date

_____
Signature of Attorney or Litigant