# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff*,<br>v.<br><br>David Voye, Manager of Elections for Allegheny County, and Rich Fitzgerald, Bethany Hallam and Samuel DeMarco III, as Members of the Allegheny County Board of Elections in their official capacities,<br><br>*Defendants*. | No. 20-cv-00279-CRE |

**PLAINTIFF PUBLIC INTEREST LEGAL FOUNDATION'S MOTION TO STRIKE MOTION TO INTERVENE AND SUPPORTING MEMORANDUM**

Plaintiff Public Interest Legal Foundation (the "Foundation") moves to strike the motion to intervene and supporting memorandum (Docs. 4 and 5) filed by non-parties League of Women Voters of Pennsylvania, League of Women Voters of Greater Pittsburgh, Inc., One Pennsylvania, and the Pittsburgh Chapter of the A. Philip Randolph Institute (together, "Intervenors").

The motion and memorandum should be struck for the following reasons:

1. Intervenors' memorandum exceeds the page limit for non-dispositive motions set by the Practices and Procedures for Chief United States Magistrate Judge Cynthia Reed Eddy, and

2. Intervenors' did not file a pleading with their motion in violation of Federal Rule of Civil Procedure 24(c).

A memorandum in support of this motion is attached as Exhibit A.

WHEREFORE, the Foundation respectfully requests that this Court grant its motion.

Dated: March 4, 2020

        Respectfully submitted,

        For the Plaintiff Foundation:

        /s/ Linda A. Kerns
        Law Offices of Linda A. Kerns, L.L.C.
        1420 Locust St., Ste. 200
        Philadelphia, PA 19102
        Tel: (215) 731-1400
        Fax: (215) 701-4154
        linda@lindakernslaw.com

        J. Christian Adams*
        PUBLIC INTEREST LEGAL FOUNDATION
        32 E. Washington Street, Suite 1675
        Indianapolis, IN 46204
        Tel: (317) 203-5599
        Fax: (888) 815-5641
        adams@publicinterestlegal.org
        *Application for Admission Forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                                                /s/ Linda A. Kerns
                                                linda@lindakernslaw.com
                                                Counsel for Plaintiff