## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff*,<br><br>v.<br><br>David Voye, Manager of Elections for Allegheny County, and Rich Fitzgerald, Bethany Hallam and Samuel DeMarco III, as Members of the Allegheny County Board of Elections in their official capacities,<br><br>*Defendants*. | No. 20-cv-00279-CRE |

### ORDER

Before the Court for consideration is the Plaintiff Public Interest Legal Foundation's Motion to Strike Motion to Intervene and Supporting Memorandum. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion to Strike Motion to Intervene and Supporting Memorandum is hereby GRANTED. The League of Women Voters of Pennsylvania, League of Women Voters of Greater Pittsburgh, Inc., One Pennsylvania, and the Pittsburgh Chapter of the A. Philip Randolph Institute (together, "Intervenors") are hereby reminded to comply with all applicable rules, including the page limitations of these Chambers and the requirements of Federal Rule of Civil Procedure 24.

Signed this _____ day of _____, 2020.

_____
United States Magistrate Judge