UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff*,<br><br>v.<br><br>David Voye, Manager of Elections for Allegheny County, and Rich Fitzgerald, Bethany Hallam and Samuel DeMarco III, as Members of the Allegheny County Board of Elections in their official capacities,<br><br>*Defendants*. | No. 20-cv-00279-CB-CRE |

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

In response to this Court's March 29, 2020 Order (Doc. 35), the parties to this action hereby jointly submit this status report and jointly move the Court to extend the administrative stay for thirty (30) days. In support of this Motion, the parties state the following:

1. On March 29, 2020, the Court granted Defendants' unopposed Motion to Stay (Doc. 34) and administratively closed this case until April 16, 2020. (Doc. 35.)

2. The Court ordered the parties to file a joint status report, by April 15, 2020, regarding their ability to proceed. (Doc. 35.)

3. In light of the current public health crisis caused by the COVID-19 pandemic, and for the reasons stated in Defendants' Consent Emergency Motion to Stay Case (Doc. 34), the parties stipulate to a thirty-day extension of the administrative stay presently in place.

4. The parties are actively engaging in settlement negotiations and will use the additional time to work towards a final resolution.

5. WHEREFORE, the parties respectfully request an extended stay effective until May 16, 2020.

1

Dated: April 14, 2020

Respectfully submitted,

| For Plaintiff: | For Defendants: |
|---|---|
| Linda A. Kerns<br>Law Offices of Linda A. Kerns, LLC<br>1420 Locust St., Ste. 200<br>Philadelphia, PA 19102<br>Tel: (215) 731-1400<br>Fax: (215) 701-4154<br>linda@lindakernslaw.com | /s/ Andrew F. Szefi<br>PA ID# 83747<br>ALLEGHENY COUNTY LAW DEPARTMENT<br>445 Fort Pitt Blvd.<br>Suite 300<br>Pittsburgh, PA 15219<br>(412) 350-1173<br>Andrew.Szefi@AlleghenyCounty.US |
| /s/ Noel H. Johnson<br>Noel H. Johnson*<br>Sue Becker*<br>PUBLIC INTEREST LEGAL FOUNDATION<br>32 E. Washington Street, Suite 1675<br>Indianapolis, IN 46204<br>Tel: (317) 203-5599<br>Fax: (888) 815-5641<br>njohnson@publicinterestlegal.org<br>sbecker@publicinterestlegal.org<br>*Admitted Pro Hac Vice | Solicitor for Allegheny County<br><br>/s/ Frances Liebenguth<br>PA ID# 314845<br>ALLEGHENY COUNTY LAW DEPARTMENT<br>445 Fort Pitt Blvd.<br>Suite 300<br>Pittsburgh, PA 15219<br>(412) 350-1108<br>Frances.Liebenguth@AlleghenyCounty.US<br><br>Assistant County Solicitor |

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2020, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                                                    /s/ Noel H. Johnson  
                                                  njohnson@publicinterestlegal.org  
                                                  Counsel for Plaintiff