# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff*,<br><br>David Voye, Manager of Elections for Allegheny County, and Rich Fitzgerald, Bethany Hallam and Samuel DeMarco III, as Members of the Allegheny County Board of Elections in their official capacities,<br><br>*Defendants*. | 20-cv-00279-CB-CRE |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants (the "Parties") in the above-captioned action hereby stipulate that this action be dismissed in its entirety with prejudice.

Dated: May 18, 2020.

Respectfully submitted,

For Plaintiff:

/s/ Linda A. Kerns
Law Offices of Linda A. Kerns, LLC
1420 Locust St., Ste. 200
Philadelphia, PA 19102
Tel: (215) 731-1400
Fax: (215) 701-4154
linda@lindakernslaw.com

/s/ Noel H. Johnson
Noel H. Johnson*
Sue Becker*

1

PUBLIC INTEREST LEGAL
FOUNDATION
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@publicinterestlegal.org
sbecker@publicinterestlegal.org
*Admitted Pro Hac Vice


For Defendants:

/s/ Andrew F. Szefi
PA ID# 83747
ALLEGHENY COUNTY LAW
DEPARTMENT
445 Fort Pitt Blvd.
Suite 300
Pittsburgh, PA 15219
(412) 350-1173
Andrew.Szefi@AlleghenyCounty.US

Solicitor for Allegheny County

/s/ Frances Liebenguth
PA ID# 314845
ALLEGHENY COUNTY LAW
DEPARTMENT
445 Fort Pitt Blvd.
Suite 300
Pittsburgh, PA 15219
(412) 350-1108
Frances.Liebenguth@AlleghenyCounty.US

Assistant County Solicitor

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

    /s/ Noel H. Johnson
njohnson@publicinterestlegal.org
Counsel for Plaintiff